James M. Gilbert, SBN 194506
**LAW OFFICE OF JAMES M. GILBERT**
23 Corporate Plaza, Suite 150
Newport Beach, CA 92660
Telephone - (949)629-2542
Facsimile - (949)743-1453
Email: jgilbert@gilbert-legal.com

JS - 6

Attorneys for Plaintiff

Jehan N. Jayakumar, SBN 224148
Jamie D. Mayorga, SBN 234278
**CARLSON & JAYAKUMAR**
A Partnership of Professional Law Corporations
2424 S. E. Bristol, Suite 300
Newport Beach, CA 92660
Telephone - (949)222-2008
Facsimile - (949)222-2012
Email: jehan@cjattorneys.com
         jamie@cjattorneys.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| HAROLD HARTMANN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IREVERSE HOME LOANS, LLC, a Maryland limited liability company; and Does 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO: SACV 12-1290 AG (ANx)<br>Hon. Andrew J. Guilford<br>Courtroom 10D<br><br>**ORDER REMANDING ACTION TO STATE COURT**<br><br>Action filed:　　July 10, 2012<br>Action removed:　August 10, 2012 |

　　　Pursuant to the stipulation between Plaintiff Harold Hartmann ("Plaintiff") and Defendant iReverse Home Loans, LLC ("Defendant"), and for good cause appearing thereof, IT IS HEREBY ORDERED THAT:

---

**ORDER REMANDING ACTION TO STATE COURT**
1

1  This action is hereby remanded to the Orange County Superior Court for the
2  State of California, in its entirety, based upon a lack of diversity jurisdiction under
3  28 U.S.C. § 1332.
4     IT IS SO ORDERED.
5  Dated: August 30, 2012   _____
6                            Hon. Andrew J. Guilford